# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARLOS ALBERTO BONILLA-MONTANO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ERIC H. HOLDER, JR.,<br>Attorney General,<br><br>　　　　　　Respondent. | No. CV 07-1469-JSL (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 26, 2010

　　　　　　　　　　　　　　　　　　　　　*/s/ Spencer Letts*
　　　　　　　　　　　　　　　　　　　　HONORABLE J. SPENCER LETTS
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE